COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: In the Interest of T. C., a Child
        In the Interest of T.L.C., a Child

Appellate case number: 01-17-00497-CV
        01-17-00498-CV

Trial court case number: 2014-71072
        2011-08360

Trial court:     309th District Court of Harris County

These appeals involve termination and child-protection cases. Appellant's brief initially was due on September 11, 2017. After we abated the appeal and the trial court appointed new appellate counsel, appellant's brief was due on November 6, 2017. We extended the time to file appellant's brief to December 8, 2017, with no further extensions. Appellant, however, has not filed a brief. **Appellant's brief is due no later than FRIDAY, JANUARY 5, 2018. No extensions will be granted.** *See* TEX. R. APP. P. 28.4(a), 38.6(d).

**If a brief is not filed as directed, we may abate these appeals and remand the cases to the trial court to determine whether appellant wishes to peruse her appeals and whether substitute counsel should be appointed.**[1]

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
       ☑ Acting individually  ☐ Acting for the Court

Date: December 19, 2017

---

[1] Because these appeals involve termination and child-protection cases, this Court was required to bring the appeals to final disposition no later than December 28, 2017, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* Tex. Gov't. Code Ann., tit. 2, subtit. F app. (Vernon 2013).